UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 11 PM 12:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA | ) Case No. C 08-0490 MEJ |
| C/o 2901 Seriana Place, | ) **NOTICE OF ACCEPTANCE OF OATH OF** |
| Union City, California Zip Code | ) **OFFICE AND BOND** |
| Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| OCWEN et. Al. | ) |
| Suite 200 | ) |
| C/o P.O. Box 785056 | ) |
| Orlando, Florida [32878] | ) |
| Libellee, | |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND

   Now, by special appearance, comes Carlos Rivasplata, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorney esquire, or agents thereof, to make any

1  determinations for me, legal or otherwise, including but not limited to any
2  so called "overturning of a motion". This is not a motion. This is a NOTICE.
3  If you are reading this then the presumption will operate that you have
4  ACTUAL NOTICE of the subject matter herein and by acting contrary to this
5  NOTICE you will be bound by its terms. Fail not under penalty of Law!
6  NOTICE is hereby given that:

7
   1.) I am of legal age, competent to testify and under no legal disability.
8
   2.) As the creditor and principal, I hereby formally accept the Oath of
9
   Office and Bond of _Gloria Acevedo_, clerk forming a contract in
10
   the common law.
11

12                                   Dated this  11  day of March, 2008

13                                   _____
                                     By: authorized representative
14                                   Without recourse

15

16

17

18                                   _____
                                     By: authorized representative
19                                   Without recourse

20

21

22

23

24

25

ACCEPTANCE OF OATH AND BOND - 2 OF 2