```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

|  |  |
|---|---|
| CARLOS R. RIVASPLATA | ) Case No. C 08-0490 MES |
| C/o 2901 Seriana Place, | ) **PRECIEPE TO THE CLERK** |
| Union City, California Zip Code |  |
| Exempt, |  |
| Libellant, |  |
| vs. |  |
| OCWEN et. Al. |  |
| C/o P.O. Box 785056 |  |
| Orlando, Florida [32878] |  |
| Libellee, |  |

**PRECIEPE TO THE CLERK**

Now, by special appearance, comes Carlos Rivasplata, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead. NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

2.) Kindly find enclosed a VERIFIED NOTICE OF DEFAULT and ENTRY OF DEFAULT in Case No. C 08-0490 MES.

1  F.R.C.P. Rule 55(a) Entry provides:

2  When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

4  And F.R.C.P. Rule 55 (b) Judgment provides:

5  Judgment by default may be entered as follows:

6  (1) By the Clerk.
When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person.

3.) Kindly verify that libellee has refused and/or failed to answer and/or otherwise appear and defend and then ENTER JUDGMENT BY DEFAULT in the above captioned case.

Dated this 10th day of March, 2008

_____
By: authorized representative
Without recourse


_____
By: authorized representative
Without recourse