**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 13, 2008

RE: <u>CV 08-00490 MEJ</u>    <u>CARLOS R. RIVASPLATA-v- OCWEN US VESSEL</u>

Default is declined as to Ocwen, US Vessel on 3/13/08. No summons was issued.

                RICHARD W. WIEKING, Clerk

                by: <u>Gloria Acevedo</u>
                Case Systems Administrator
                To The Honorabel Maria-Elena James