United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA,<br><br>   Plaintiff(s),<br><br> vs.<br><br>OCWEN, et al.,<br><br>   Defendant(s). | No. C 08-0490 MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

  Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction or a request for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

  You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether

1  Plaintiff consents to Magistrate Judge James' jurisdiction or requests reassignment to a United
2  States District Judge for trial. The consent/declination form shall be filed as soon as possible, but no
3  later than April 3, 2008.
4  **IT IS SO ORDERED.**

6  Dated: March 17, 2008

   MARIA-ELENA JAMES
   United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA,<br><br>   Plaintiff(s),<br><br> vs.<br><br>OCWEN, et al.,<br><br>   Defendant(s).   / | No. C 08-0490 MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____    Signed by:_____

                     Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____    Signed by:_____

                     Counsel for:_____

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA, | Case Number: CV08-0490 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| OCWEN, et al., | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Rivasplata
2901 Seriana Place
Union City, CA

Dated: March 17, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

4