**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS R. RIVASPLATA,              )<br>                                                     )<br>            Plaintiff (s)            )<br>       v.                                      )<br>                                                     )<br>                                                     )<br> OCWEN, et al.,                         )<br>                                                     )<br>            Defendant (s)          )<br>_____ ) | CASE NO. C-08-0490 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

\_\_\_\_\_ (1) One or more of the parties has requested reassignment to a United States District Judge, or

__X__ (2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

\_\_\_\_\_ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: April 10, 2008

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk