IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS R. RIVASPLATA, et al.,                    No. C 08-00490 WHA

    Plaintiff,

  v.                                          **CLERK'S NOTICE SCHEDULING**
                                                                    **INITIAL CASE MANAGEMENT**
OCWEN US VESSEL,                                 **CONFERENCE ON REASSIGNMENT**

    Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **May 8, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel/parties shall submit a joint case management conference statement not to exceed ten pages. All other deadlines in the initial case management scheduling order filed on January 23, 2008 remain in effect.

    Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: April 15, 2008                            FOR THE COURT,

                                                        Richard W. Wieking, Clerk

                                                        By:_____
                                                          Dawn K. Toland
                                                          Courtroom Deputy to the
                                                           Honorable William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA, et al,<br><br>      Plaintiff,<br><br>   v.<br><br>OCWEN US VESSEL,<br><br>      Defendant.<br>_____/ | Case Number: CV08-00490 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Rivasplata
2901 Seriana Place
Union City, CA 94587-1539

Leticia S. Acevedo
2901 Seriana Place
Union City, CA 94587-1539

Dated: April 15, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk