IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA, LETITIA S. ACEVEDO, GRAMINEUS HOMO, U.S. Vessel,<br><br>    Plaintiffs,<br><br>  v.<br><br>OCWEN, U.S. Vessel, DOES, ROES and MOES 1–100, et al.,<br><br>    Defendant.<br>_____ / | No. C 08-00490 WHA<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND** |

    Pro se plaintiffs Carlos Rivasplata and Leticia Acevedo filed this action against "OCWEN, US Vessel, DOES, ROES, and MOES 1–100 et al, US Vessel sand." Plaintiff's "petition for libel of review of an administrative judgment" is incomprehensible and does not state any discernible claim upon which relief can be granted. This action is therefore dismissed without prejudice. Plaintiffs are granted leave to amend. They have until **THURSDAY, MAY 29, 2008**, to file an amended complaint. Please make sure that plaintiffs take to heart the comments made to them at the hearing on May 8, 2008.

    **IT IS SO ORDERED.**

Dated: May 8, 2008.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARLOS R. RIVASPLATA et al,

    Plaintiff,

v.

OCWEN US VESSEL et al,

    Defendant.

Case Number: CV08-00490 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Rivasplata
2901 Seriana Place
Union City, CA 94587

Leticia S. Acevedo
2901 Seriana Place
Union City, CA 94587

Dated: May 8, 2008

                          Richard W. Wieking, Clerk
                          By: Dawn Toland, Deputy Clerk