IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA, LETITIA S. ACEVEDO, GRAMINEUS HOMO, U.S. Vessel,<br><br>  Plaintiffs,<br><br>  v.<br><br>OCWEN, U.S. Vessel, DOES, ROES and MOES 1–100, et al.,<br><br>  Defendant. | No. C 08-00490 WHA<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND** |

Pro se plaintiffs Carlos Rivasplata and Leticia Acevedo filed this action against "OCWEN, US Vessel, DOES, ROES, and MOES 1–100 et al, US Vessel sand." Plaintiff's "petition for libel of review of an administrative judgment" is incomprehensible and does not state any discernible claim upon which relief can be granted. This action is therefore dismissed without prejudice. Plaintiffs are granted leave to amend. They have until **THURSDAY, MAY 29, 2008**, to file an amended complaint. Please make sure that plaintiffs take to heart the comments made to them at the hearing on May 8, 2008.

**IT IS SO ORDERED.**

Dated: May 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE