**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 8, 2008

Case No.  C 08-00490 WHA

Title: CARLOS RIVASPLATA v. OCWEN, US VESSEL

Plaintiff Attorneys: Pro Se

Defense Attorneys: N/A

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Court will allow plaintiff leave to file an amended complaint.