IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA, LETITIA S. ACEVEDO, GRAMINEUS HOMO, U.S. Vessel,<br><br>    Plaintiffs,<br><br>  v.<br><br>OCWEN, U.S. Vessel, DOES, ROES and MOES 1–100, et al.,<br><br>    Defendant. | No. C 08-00490 WHA<br><br>**ORDER RE DEFENDANT OCWEN LOAN SERVICES, LLC'S MOTION TO DISMISS AND VACATING HEARING** |

Defendant Ocwen Loan Servicing, LLC filed a motion to dismiss on June 2, 2008. An earlier order, however, had already entered a *sua sponte* order of dismissal on May 8, 2008, stating that plaintiff's "petition for libel of review of an administrative judgment" was incomprehensible and did not state any discernible claim upon which relief could be granted (Dkt. No. 12). Plaintiffs were granted leave to amend and were given the due date of May 29, 2008, for an amended complaint. No amended complaint has been forthcoming. Accordingly, the complaint is dismissed with prejudice. Defendant's motion to dismiss is deemed **MOOT** and the hearing set for July 17, 2008, is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: June 30, 2008.

                                                 WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA et al, | Case Number: CV08-00490 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| OCWEN US VESSEL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Rivasplata
2901 Seriana Place
Union City, CA 94587

Jeffrey S. Allison
Houser & Allison, APC
9970 Research Drive
Irvine, CA 92618-4309

Leticia S. Acevedo
2901 Seriana Place
Union City, CA 94587

Dated: June 30, 2008

                                                   Richard W. Wieking, Clerk
                                                   By: Frank Justiliano, Deputy Clerk