**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CARLOS R. RIVASPLATA, LETITIA S.              No. C 08-00490 WHA
     ACEVEDO, GRAMINEUS HOMO,
11   U.S. Vessel,

12              Plaintiffs,                        **ORDER RE DEFENDANT
                                                   OCWEN LOAN SERVICES, LLC'S**
13        v.                                       **MOTION TO DISMISS AND
                                                   VACATING HEARING**
14   OCWEN, U.S. Vessel, DOES, ROES
     and MOES 1–100, et al.,
15
16              Defendant.
                                            /
17

18        Defendant Ocwen Loan Servicing, LLC filed a motion to dismiss on June 2, 2008.  An

19   earlier order, however, had already entered a *sua sponte* order of dismissal on May 8, 2008,

20   stating that plaintiff's "petition for libel of review of an administrative judgment" was

21   incomprehensible and did not state any discernible claim upon which relief could be granted

22   (Dkt. No. 12).  Plaintiffs were granted leave to amend and were given the due date of May 29,

23   2008, for an amended complaint.  No amended complaint has been forthcoming.  Accordingly,

24   the complaint is dismissed with prejudice.  Defendant's motion to dismiss is deemed **MOOT** and

25   the hearing set for July 17, 2008, is hereby **VACATED**.

26        **IT IS SO ORDERED.**

27

28   Dated: June 30, 2008.
                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE