United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA, LETITIA S. ACEVEDO, GRAMINEUS HOMO, U.S. Vessel,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OCWEN, U.S. Vessel, DOES, ROES and MOES 1–100, et al.,<br><br>　　　　Defendants. | No. C 08-00490 WHA<br><br>**JUDGMENT** |

　　　For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

　　　**IT IS SO ORDERED.**

Dated: June 30, 2008.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R. RIVASPLATA et al,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OCWEN US VESSEL et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV08-00490 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Rivasplata
2901 Seriana Place
Union City, CA 94587

Jeffrey S. Allison
Houser & Allison, APC
9970 Research Drive
Irvine, CA 92618-4309

Leticia S. Acevedo
2901 Seriana Place
Union City, CA 94587

Dated: June 30, 2008

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Frank Justiliano, Deputy Clerk